IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAY 0 8 2007

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | CRIMINAL ACTION NO. H-07-355M |
| § § § | |
| JOHN SORIANO § | |

## ORDER OF DETENTION PENDING TRIAL

BOTLEY, Magistrate Judge:

The defendant, John Soriano ("Soriano"), is charged by criminal complaint with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). When this matter was called for a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. § 3142(f), Soriano, on advice of counsel, waived the presentation of evidence. The Court finds therefore that Soriano is on ten (10) years deferred adjudication probation in Harris County for aggravated robbery in 1998, and is now subject to a motion to adjudicate guilt. For these reasons, the Court finds that Soriano is a flight risk. Accordingly, it is

**ORDERED** that Soriano shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility, separate, to the extent practicable, from persons serving sentences, or being held in custody pending the outcome of an appeal. He shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States, the person in charge of the correctional

facility in which he is confined shall deliver him to the United States Marshal for an appearance in a court proceeding.

The Clerk shall file this Order and direct copies to counsel for the United States and defendant, the United States Marshal, and the United States Pretrial Services Agency.

**SIGNED** at Houston, Texas, this the 8th day of May, 2007.

_____
**CALVIN BOTLEY**
United States Magistrate Judge